UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMANDA MOLGADO                                                                         PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:17-CV-13-DPJ-RHW

SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

ORDER

This Social Security case is before the Court for consideration of dismissal. In the Report and Recommendation [14], United States Magistrate Judge Robert H. Walker recommended that the Court dismiss this case because Plaintiff Amanda Molgado failed to pursue her appeal. The record indicates that Molgado never filed a memorandum brief and further failed to adequately respond to the August 17, 2017 Order to Show Cause [12]. Judge Walker nevertheless examined the merits of Molgado's appeal and found them lacking. Therefore, on these bases, Judge Walker entered the Report and Recommendation on December 20, 2017, and informed Plaintiff that she had fourteen (14) days to object. *See* R&R [14] at 7. That deadline passed without objection.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge, and being duly advised in the premises, finds that the Report and Recommendation should be adopted as this Court's opinion.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court. The decision of the Social Security Administration is affirmed, and this appeal is dismissed with prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 12th day of January, 2018.

                                                  s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE